UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 18092
   JOHN ALBERT HERNANDEZ
   BARBARA SUSAN HERNANDEZ                      CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-3697    SSN XXX-XX-4870
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/07/04 and confirmed on 07/16/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 59850.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE FUNDING | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10872.20 | 2112.31 | 10872.20 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10679.75 | 2074.91 | 10679.75 |
| ECAST SETTLEMENT CORP | UNSECURED | 3461.47 | .00 | 1313.36 |
| CITICARDS PRIVATE LABEL | SECURED | 200.00 | 10.16 | 200.00 |
| BECKET & LEE LLP | UNSECURED | 3501.31 | .00 | 1328.48 |
| BECKET & LEE LLP | UNSECURED | 5301.80 | .00 | 2011.63 |
| BECKET & LEE LLP | UNSECURED | 11545.93 | .00 | 4380.79 |
| BECKET & LEE LLP | UNSECURED | 16204.63 | .00 | 6148.41 |
| ROUNDUP FUNDING LLC | UNSECURED | 8121.79 | .00 | 3081.60 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 643.89 | .00 | 244.31 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| SMC | UNSECURED | 1053.12 | .00 | 399.58 |
| CREDIT FIRST NA | UNSECURED | 1039.31 | .00 | 394.34 |
| DISCOVER BANK | UNSECURED | 7044.02 | .00 | 2672.66 |
| WORLD FINANCIAL NETWORK | UNSECURED | 387.66 | .00 | 147.09 |
| WORLD FINANCIAL NETWORK | UNSECURED | 817.57 | .00 | 310.21 |
| FIRST EXPRESS | UNSECURED | 415.47 | .00 | 157.64 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1752.54 | .00 | 664.95 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 707.36 | .00 | 268.39 |
| LS AYRES | UNSECURED | 446.34 | .00 | 169.35 |
| MOBIL OIL | UNSECURED | NOT FILED | .00 | .00 |
| MUSICIANS FUND | UNSECURED | NOT FILED | .00 | .00 |
| RADIO SHACK CORP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4242.88 | .00 | 1609.85 |

```
RETAILERS NATIONAL BANK   UNSECURED       268.14              .00         101.74
RESURGENT CAPITAL SERVIC  UNSECURED      5094.91              .00        1933.13
RESURGENT CAPITAL SERVIC  UNSECURED      2335.16              .00         886.01
FCNB                      UNSECURED     NOT FILED             .00            .00
WORLD FINANCIAL NETWORK   UNSECURED       673.90              .00         255.69
ROUNDUP FUNDING LLC       UNSECURED       566.92              .00         215.10
WALMART                   UNSECURED     NOT FILED             .00            .00
```

Summary of disbursements:

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL     |
|--------------------|-----------|----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED | 21751.95  | .00      | 75626.12  | .00   | 97378.07  |
| PRINCIPAL PAID     | 21751.95  | .00      | 28694.31  | .00   | 50446.26  |
| INTEREST PAID      |  4197.38  | .00      |     .00   | .00   |  4197.38  |
| TOTAL PAID         | 25949.33  | .00      | 28694.31  | .00   | 54643.64  |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    2506.36 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/08/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                          PAGE   2
       CASE NO.  04 B 18092 JOHN ALBERT HERNANDEZ & BARBARA SUSAN HERNANDEZ